NEDRA WYNN *v.* METROPOLITAN PROPERTY
AND CASUALTY INSURANCE COMPANY

The plaintiff's petition for certification for appeal from the Appellate Court, 30 Conn. App. 803 (AC 11170), is granted, limited to the following issues:

"1. Did the Appellate Court properly conclude that the statute of limitations defense was a threshold issue which the trial court could decide without referring the same to the arbitrators in light of the positive assurance test for arbitrability and General Statutes § 52-410?

"2. Did the Appellate Court properly conclude that the statute of limitations had run prior to the filing of the plaintiff's application to compel arbitration?"

The Supreme Court docket number is SC 14788.

*David C. Pite,* in support of the petition.

*Frederick L. Murolo,* in opposition.

Decided June 4, 1993